Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marilyn Mausser, | ) Case No. 2:11-cv-00680-MHB |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| Enhanced Recovery Company, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 29th day of June, 2011.

                By:s/Marshall Meyers
                  Marshall Meyers
                  WEISBERG & MEYERS, LLC
                  5025 North Central Ave., #602
                  Phoenix, AZ 85012
                  602 445 9819
                  866 565 1327 facsimile
                  mmeyers@AttorneysForConsumers.com
                  Attorney for Plaintiff

1  Filed electronically on this 29th day of June, 2011, with:

2  United States District Court CM/ECF system
3
4
5  By: s/Jessica DeCandia
       Jessica DeCandia
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28